

- Expected delivery
- Domestic shipment
- USPS Tracking® se
- Limited international
- When used internat

*Insurance does not cover
Domestic Mail Manual at h
** See International Mail M

**FLAT RAT**
ONE RATE ■ ANY

**TRACKED**


PS00001000014

$9.65

Origin: 34714
1116810526-16

**PRIORITY MAIL®**

1 Lb 6.90 Oz
RDC 01

EXPECTED DELIVERY DAY: 09/08/23

C038

SHIP TO:
 801 N FLORIDA AVE
TAMPA FL 33602-3849

USPS TRACKING® #


9505 5124 7329 3249 5492 15



EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

**FROM:**
Benedict Mohit
1520 Sunrise Plaza Drive
Clermont, FL 34714

SCREENED
By USMS

**TO:**

**Middle District Court of Florida Tampa**
**Clerk's Office**
**801 N. Florida Ave.**
**Tampa, FL 33602**

FLAT RATE ENVELOPE

NE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.